IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| Look Ahead America, Inc.<br><br>   Appellant<br><br> v.<br><br>Jason S. Miyares,<br><br>   Appellee. | Case No. 23-2126 |

## STIPULATION OF VOLUNTARY DISMISSAL

The parties hereby stipulate and agree that the above-captioned appeal is voluntarily dismissed pursuant to Federal Rule of Appellate Procedure 42(b) with each party bearing its own costs.

Dated: December 27, 2023     Respectfully submitted,

| | |
|---|---|
| /s/ Jesse R. Binnall<br>Jesse R. Binnall<br>Jason C. Greaves<br>BINNALL LAW GROUP, PLLC<br>717 King Street, Suite 200<br>Alexandria, Virginia 22314<br>Phone: (703) 888-1943<br>Fax: (703) 888-1930<br>Email: jesse@binnall.com<br>   jason@binnall.com<br><br>Attorneys for Appellant | /s/ Dennis W. Polio<br>Dennis W. Polio<br>Flora L. Hezel<br>OFFICE OF THE ATTORNEY GENERAL<br>202 North Ninth Street<br>Richmond, Virginia 23219<br>(804) 786-8587 (Telephone)<br>(804) 692-1647 (Fascimile)<br>Email: DPolio@oag.state.va.us<br>   FHezel@oag.state.va.us<br><br>Attorneys for Appellee |

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 28 words, calculated using Microsoft Word's word-count function. This motion also complies with the typeface and type- style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using Microsoft Word in Century 14-point font, a proportionally spaced typeface.

Dated: December 27, 2023           /s/ Jesse R. Binnall
                                                        Jesse R. Binnall

                                                        *Attorney for Appellant*

## CERTIFICATE OF SERVICE

I certify that on December 27, 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Jesse R. Binnall
Jesse R. Binnall

*Attorney for Appellant*